LAURA A. CAVARETTA
BOARD CERTIFIED, CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION



**CAVARETTA, KATONA & FRANCIS, PLLC**

CAVARETTAL@CKF-LAW.COM
T: 210-588-2901
F: 210-588-2908

April 21, 2015

Ms. Jennifer Saenz, Deputy Clerk
Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

RE:   Court of Appeals No. 04-15-00185-CV; Trial Court Case Number:   385685; *Bexar County Hospital District d/b/a University Health System v Theresa L. Espinoza;* Fourth Court of Appeals; Our File No. 3815-251

Court of Appeals No. 04-15-00155-CV; Trial Court Case Number: 2014-CI-11941; *Bexar County Hospital District dba University Health System v. Paul Douglas Harlan;* Fourth Court of Appeals; Our File No. 3815-302

Dear Ms. Saenz:

Please be advised that I will be on vacation and unavailable for hearings or depositions from June 6 – 15, 2015; September 23 – 28, 2015 and October 7 - 18, 2015.  By copy of this correspondence, I am notifying all counsel of record of my scheduled vacation and requesting that they refrain from scheduling any hearings, depositions, etc. during this time.

Thank you for your attention to this matter.

Sincerely,

Laura A. Cavaretta

LAC/mrd
cc:   Richard Sarabia *(Via Facsimile Transmission 785-2498)*
      Paul Saputo, Jr. *(Via Facsimile Transmission (888) 236-2516)*
#43994